

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Lost Creek Ventures, LLC D/B/A Happy Bulldog Management;
                         Stephan Epstein; and Marilyn Roth Epstein v. Alan Pilgrim

Appellate case number:   01-15-00375-CV

Trial court case number: C-1-CV-12-007660

Trial court:             County Court at Law No. 2 of Travis County

        The motion for rehearing filed by Appellants Lost Creek Ventures, LLC, doing business
as Happy Bulldog Management, Stephan Epstein, and Marilyn Roth Epstein is **denied**.

Justice's signature:  /s/ Jane Bland
                      Acting for the Court

Panel consists of: Justices Higley, Bland, and Massengale

Date: July 26, 2016